**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 7 MAL 2018

              Respondent         :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

              v.                :

                           :

ERIC S. RUTH,                :

                           :

              Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.